# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RSB SPINE, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civil Action No. 19-1515-RGA |
| DEPUY SYNTHES, INC., | ) ) ) |
| Defendant. | ) ) ) |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED by the parties to this action, subject to the approval of the Court, that Plaintiff RSB Spine, LLC's time in which to move, plead, or otherwise respond to Defendant's Amended Answer, Affirmative Defenses, and Counterclaims to Plaintiff's First Amended Complaint (D.I. 16) is extended to December 6, 2019.

*/s/ David A. Bilson*  
John C. Phillips, Jr. (#110)  
David A. Bilson (#4986)  
PHILLIPS, GOLDMAN, McLAUGHLIN & HALL, P.A.  
1200 North Broom Street  
Wilmington, DE 19806  
(302) 655-4200  
jcp@pgmhlaw.com  
dab@pgmhlaw.com  

*Counsel for Plaintiff*

*/s/ John G. Day*  
John G. Day (#2403)  
Andrew C. Mayo (#5207)  
ASHBY & GEDDES  
500 Delaware Avenue, 8th Floor  
P.O. Box 1150  
Wilmington, DE 19899  
(302) 654-1888  
jday@ashbygeddes.com  
amayo@ashbygeddes.com  

*Counsel for Defendant*

Dated: November 15, 2019

SO ORDERED this ___ day of _____, 2019.

_____  
UNITED STATES DISTRICT JUDGE