IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RSB SPINE, LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 19-1515-RGA |
| | : | |
| DEPUY SYNTHES SALES, INC, et al., | : | |
| | : | |
| Defendants. | : | |

**O R D E R**

WHEREAS, the above-captioned case was stayed on June 15, 2020 (D.I. 67);

NOW THEREFORE, IT IS HEREBY ORDERED that, the above-captioned case is **ADMINISTRATIVELY CLOSED**. The parties shall promptly notify the Court when the proceedings before the "PTAB" have been resolved so that this case may be reopened and other appropriate action may be taken.

June 17, 2020                                     /s/ Richard G. Andrews
   DATE                                          UNITED STATES DISTRICT JUDGE