# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RSB SPINE, LLC,<br><br>        Plaintiff,<br><br>   v.<br><br>DEPUY SYNTHES SALES, INC., and<br>DEPUY SYNTHES PRODUCTS, INC.,<br><br>        Defendants. | C.A. No. 1:19-cv-1515-RGA |

## PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT OF NO INTERFERENCE

Pursuant to Federal Rule of Civil Procedure 56(a), Plaintiff RSB Spine, LLC ("RSB") hereby moves for summary judgment dismissing Counts Three and Four of Defendants DePuy Synthes Sales, Inc. and DePuy Synthes Products, Inc.'s Second Amended Answer and Counterclaims (D.I. 40-1). The grounds for this motion are fully set forth in RSB's opening brief, filed concurrently herewith.

NOW THEREFORE, RSB respectfully requests that the Court grant this motion and enter the accompanying proposed order.

|  | Respectfully submitted, |
|---|---|
| Dated: June 23, 2022 | */s/ David A. Bilson* |
|  | John C. Phillips, Jr. (#110) |
| OF COUNSEL: | David A. Bilson (#4986) |
|  | PHILLIPS, MCLAUGHLIN & HALL, P.A. |
| Erik B. Milch | 1200 North Broom Street |
| Dustin M. Knight | Wilmington, DE 19806 |
| COOLEY LLP | (302) 655-4200 |
| 11951 Freedom Drive | jcp@pmhdelaw.com |
| One Freedom Square | dab@pmhdelaw.com |
| Reston, VA 20190-5656 |  |
| (703) 456-8000 | *Attorneys for Plaintiff RSB Spine, LLC* |

Bonnie Fletcher Price
COOLEY LLP
1299 Pennsylvania Avenue NW, Suite 700
Washington, DC 20004
(202) 842-7800

Joseph M. Drayton
COOLEY LLP
55 Hudson Yards
New York, NY 10001
(212) 479-6000

Reuben Chen
Elizabeth Stameshkin
David Murdter
Juan Pablo González
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304-1130
(650) 843-5000