**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| RSB SPINE, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DEPUY SYNTHES SALES, INC., and<br>DEPUY SYNTHES PRODUCTS, INC.,<br><br>Defendants. | C.A. No. 1:19-cv-1515-RGA |

**RSB SPINE, LLC'S MOTION FOR EXEMPTION OF PERSONS
FROM THE DISTRICT OF DELAWARE'S MAY 17, 2024 STANDING ORDER
<u>ON PERSONAL ELECTRONIC DEVICES</u>**

Plaintiff RSB Spine, LLC ("RSB") hereby moves for an order to exempt certain persons from the District of Delaware's May 17, 2024 Standing Order on Procedures Regarding the Possession and Use of Cameras and Personal Electronic Devices by Visitors to the J. Caleb Boggs Federal Building and United States Courthouse (the "May 17, 2024 Standing Order"). In support of the Motion, RSB states as follows:

1. The District of Delaware's May 17, 2024 Standing Order provides procedures to regulate the possession and use of personal electronic devices by visitors to the J. Caleb Boggs Federal Building and United States Courthouse, which require, *inter alia*, visitors to place personal electronic devices in a locked pouch provided by U.S. Marshals. Paragraph 4 of the May 17, 2024 Standing Order provides for certain exemptions to the Standing Order.

2. Trial in this matter is scheduled for April 7, 2025 through April 9, 2025 before Judge Richard G. Andrews. Courtroom setup has been scheduled for April 4, 2025.

3. Laura Unga, Dawn Roelofs, and Erin McKenzie are paralegals and/or litigation assistants at Cooley LLP who will be in attendance to assist RSB's trial counsel at trial and will

1

require access to personal electronic devices and connectors. They do not meet any of the exemptions to Paragraph 4 of the May 17, 2024 Standing Order.

4. RSB's witnesses John Redmond, Dr. Robert S. Bray, Jr., James Moran, and Troy D. Drewry will be in attendance at trial and will require access to personal electronic devices and connectors. They do not meet any of the exemptions to Paragraph 4 of the May 17, 2024 Standing Order.

5. Derek Cole of Cooley LLP and Benjamin Scrimalli of Blueprint Trial Consulting will be in attendance at trial to assist RSB's trial counsel with technology-related issues and presentations. They plan to bring electronic devices and equipment to the Courthouse for trial. They do not meet any of the exemptions to Paragraph 4 of the May 17, 2024 Standing Order.

6. RSB respectfully requests that the Court issue an order in the form attached hereto to exempt the above-named persons from the District of Delaware's May 17, 2024 Standing Order.

Dated: April 1, 2025

Respectfully submitted,

*/s/ David A. Bilson*
John C. Phillips, Jr. (#110)
David A. Bilson (#4986)
PHILLIPS MCLAUGHLIN & HALL, P.A.
1200 North Broom Street
Wilmington, DE 19806-4204
(302) 655-4200
jcp@pmhdelaw.com
dab@pmhdelaw.com

*Attorneys for Plaintiff RSB Spine, LLC*